UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ANDREW FRANK                                        CIVIL ACTION NO. 10-0633-P

VERSUS                                              JUDGE S. MAURICE HICKS, JR.

JERRY GOODWIN, ET AL.                               MAGISTRATE JUDGE HORNSBY

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's claim against Warden Jerry Goodwin for failure to train and his claims against Cpt. Lee, Cpt. Scriber, and Sgt. Bruce Young for re-injuring his back be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that his remaining claims be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 2nd day of November, 2011.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE